Submitted February 10, affirmed March 16, 2022

William Tyrell GILLIN,
*Petitioner-Appellant,*

*v.*

MULTNOMAH COUNTY SHERIFF'S OFFICE,
*Respondent-Respondent.*

Multnomah County Circuit Court
20CV38782; A175182

505 P3d 1104

Steffan Alexander, Judge.

Shawn A. Kollie and Kollie Law Group, PC, filed the brief for appellant.

Lindsay A. Byrne filed the brief for respondent.

Before Ortega, Presiding Judge, and Lagesen, Chief Judge, and Powers, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Petitioner appeals an order of the circuit court denying him relief from a bar against possessing or purchasing firearms. This court has reviewed the matter *de novo* pursuant to ORS 166.274(10)(a) and affirms the circuit court's order.

Affirmed.